IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 30 2010

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

AARON SUTTON, )
)
Plaintiff, ) Case No. 7:10CV00070
)
v. )
) **FINAL ORDER**
)
GENE M. JOHNSON, ET AL., ) By: Glen E. Conrad
) United States District Judge
Defendants. )

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's motions to amend (Dkt. Nos. 6 & 7) are **GRANTED** and his complaint is hereby amended as stated in the motions, but this civil action as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state an actionable claim; all possible, related state law claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1376(c); and this action is stricken from the active docket of the court.

ENTER: This 30th day of APRIL, 2010.

_____
United States District Judge